AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>James McNamara<br>DOB: XXXXXX<br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____January 6, 2021____ in the county of _____ in the _____ in the District of ____Columbia____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1)- | Assaulting, Resisting, or Impeding Certain Officers, |
| 18 U.S.C. § 231(a)(3)- | Civil Disorder, |
| 18 U.S.C. § 1361- | Destruction of Government Property, |
| 18 U.S.C. § 1752(a)(1)- | Entering and Remaining in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(2)- | Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(4)- | Engaging in Physical Violence in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104 (e)(2)(F) - | Act of Physical Violence in Capitol Grounds. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Ward Yoder, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __11/28/2022__

*Judge's signature*

City and state: ____Washington, D.C.____    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*