IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO: 23-CR-** |
| | : | |
| v. | : | **MAGISTRATE NO. 22-MJ-258** |
| | : | |
| **JAMES MCNAMARA,** | : | **VIOLATIONS:** |
| also known as "Mac," | : | **18 U.S.C. § 111(a)(1)** |
| | : | **(Assaulting, Resisting, or Impeding** |
| Defendant. | : | **Certain Officers)** |
| | : | |

# I N F O R M A T I O N

The United States Attorney charges:

## COUNT ONE

On or about January 6, 2021, within the District of Columbia, **JAMES MCNAMARA**, **also known as "Mac,"** did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, G.P., an officer from the Metropolitan Police Department, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

                                              MATTHEW M. GRAVES
                                              United States Attorney
                                              DC Bar No. 481052

By:    */s/ Andrew J. Tessman*
        ANDREW J. TESSMAN
        Assistant United States Attorney
        District of Columbia – Detailee
        West Virginia Bar No. 13734
        300 Virginia Street
        Charleston, WV 25301
        (304) 345-2200
        Andrew.Tessman@usdoj.gov