UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:23-cr-00119 (ABJ) |
| | : | |
| **JAMES MCNAMARA** | : | |
| | : | |
| **Defendant.** | : | |

## UNOPPOSED MOTION TO SCHEDULE ARRAIGNMENT AND CHANGE OF PLEA HEARING

The parties have reached a plea agreement in this case for the defendant to plead guilty to the single-count felony Information filed in this case. The United States respectfully requests the Court to set a date, time, and location for an arraignment and change of plea hearing in the above-styled case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By: */s/ Andrew J. Tessman*
 ANDREW J. TESSMAN
Assistant United States Attorney
District of Columbia – Detailee
West Virginia Bar No. 13734
300 Virginia Street
Charleston, WV 25301
(304) 345-2200
Andrew.Tessman@usdoj.gov

CERTIFICATE OF SERVICE

    It is hereby certified that the foregoing document has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this date.

                                                */s/ Andrew J. Tessman*
                                          Assistant United States Attorney