June 30, 2023

Honorable Judge Amy Berman Jackson

United States Circuit Court, District of Columbia

333 Constitution Ave, N.W

Washington, DC 20003

Dear Your Honor,

My name is Dawn McNamara, I have been married to Jim McNamara "MAC" for 33 years. I believe all marriages have their ups and downs but nothing this critical. Throughout our years my husband has moved from job to job due to the influx in the industry. Instead of being restricted to one trade he expanded his knowledge to other fields to insure he always had the ability to support the family, no matter how little or large he was paid to make sure the children had what they needed.

Now we are blessed to have 3 successful adult children contributing to society and helping the poor as he did eventhough we didn't have much when raising them. He also helped some of the children's friends on the South Side of Chicago where we live. As they were growing up he would give them jobs to teach them a skill so they would have more opportunities along with guidance on how to be a man, as some of them did not have a father in their lives of a father figure. He is also very active in the lives of his nieces and nephews since they recently lost their father with emotional support and being present to them.

When MAC and I take a vacation, it is not your average vacation. It usually consists of traveling to other states, stopping by the Missionaries of Charity Sisters homes helping with major and minor repairs. We usually stay with the MC's sisters while doing these repairs and improvement projects from a couple of days to weeks always making sure their food pantries are well supplied before ewe leave.

He also enlist the help of poor young men in the area to help him for pay instead of hiring contractor help to give them opportunities to work with their hands giving them the dignity to make money themselves since it gives more meaning to their work.

MAC helped move my parents to Chicago so we could assist them in their final years (89 & 85years old) would fix up their house, assist with repairs large and small, take them shopping, provide funds for groceries, medical supplies, take them to doctor appointments and hospital for surgery as well.

As for myself, I recently had two surgeries in 2020 & 2022 required post-operative bedrest for 6 weeks. Jim was very concerned, compassionate, and supportive in daily routines of our home and assisting me in what I needed even while he still worked everyday outside the home.

Jim is very detrimental to my children's daily lives and very much needed at the soup kitchen, food pantry, women's and children's shelter and other families that he provides for. He is the love of my life, the backbone of our family.

Sincerely,

Dawn McNamara

Dawn McNamara

3641 S. Hermitage

Chicago, IL

773-301-1025

June 15, 2003
Honorable Judge Amy Berman Jackson
United States Circuit Court, District of Columbia
Washington, DC 20003


Dear Your Honor,

My name is Kelly McNamara, James McNamara middle child. I recently received an Associate's Degree in Culinary Arts.  I am very thankful for having both my parents in my life, always encouraging and motivating me to follow my dreams and to never give up on becoming a Master Pastry Chef. My parents were my favorite taste testers, giving me their honest opinions on everything put before them.

My dad is so much more than what meets the eye. He's a friend and positive role model not only to my siblings and I but to our cousins, friends, as well as other kids who had no active father in their lives.  Everyone comes to my dad for advice and no matter what time it is, he makes himself available.  He measures what he says always assuring us we are not alone and that he is there for us. My dad has taught us to stand on faith, leading by example. I appreciate him always being a phone call away and open arms to any situation we encounter.

Your Honor, thanks to my father's guidance, I am a strong independent woman who takes pride in whatever I do. My dad gave all his children a strong sense of faith, raising us in our Catholic church. From being babies to going church and attending St. Anne Novena up to now; I am 28 years old and still attend mass. I was taught charity along with the importance of helping others and giving back. My siblings and I volunteer our time to help the Missionaries of Charity Sisters and stop in to spend time with the Mother Theresa Sisters and elders of the church as often as we can.

Watching how selfless my dad has and continues to be with the Mother Therese sisters and the homeless motivates my siblings and myself to help in any way we can. Our help is however, small in comparison to the help my father extends. I'm proud of my dad and how he will jump at any time of the day or night to help someone in need. He is our safety net and I love him.

My father gives of himself Your Honor to not only the Missionaries of Charities sisters, family, friends, the homeless and impoverished but asks for nothing in return. He is an inspiration to so many.  Please accept my humble gratitude for taking time to read this.


Sincerely,

Kelly McNamara
773-956-1009

June 19, 2023
Honorable Judge Amy Berman Jackson,
United States District Court, District of Columbia
333 Constitution Ave, N.W,
Washington DC

Dear Your Honor,

My name is Nicole an I am 32 years old, the oldest of Jim and Dawn's three children. I recently graduated from the University of Illinois in Chicago with a bachelor's degree in Business Management, along with making the dean's list. My siblings and I were raised on the southside of Chicago in the McKinley Park neighborhood. We did not have as much as others growing up. However, we were raised to focus not on material things but on the blessings of the things we did have, rather they were big or small. I wanted to shed some light on my childhood and how my father's acts of gratitude, generosity, strong work ethics, and compassion for others has affected me in my adult life and how I carry myself now.

When I was 12 years old, my father and I to the grocery store, seeing as we didn't have a vehicle at the time. On our way back, we passed a homeless man collecting cans. He had a cart with maybe 20 cans in it. He asked my father if he had any change. My dad reached in his pocket and handed him a $100 bill, this was the last of our money. He told the man, "Get yourself something warm to eat tonight." The man was flabbergasted, and I could just see his face light up with relief for a moment, knowing he was going to have a warm meal for dinner that day. My dad turned to me as we walked home and casually said to me in conversation that man has nowhere to go, no food, or family. It makes you grateful for the things you do have. Right Nick? "I nodded, yes, it is." This experience is just one of the millions of acts my father has demonstrated in front of me, and is one of the many that continue to play in my head to this day. My father being every, so generous, selflessly gave away whatever he may have, has now been instilled in me to do the same.

Throughout my years, I have seen not only the generous acts my father has done, but the compassion he`s had for other less fortunate. It has made me want to do the same. "It`s not what good the world can do for you, it`s about the good you can do for the world," my father would say to me. This saying stuck to me like glue!

I saw from my father's work firsthand the significant impact you can have on someone. Along with my father expressing to me and my siblings the rough childhood he endured and very little help, if any, that was offered, opened my eyes heart and mind to wanting to help others. I worked for 3 years at a low-income neighborhood high school in Chicago. I taught in the After-School Matters program that hires teens of high risk to teach them the fundamentals of sports, so they could obtain a job in the Chicago Park District Day camps in the summer. I had wonderful encounters with a couple of my students years later on. They expressed to me the gratitude they had for me believing in them, giving them a chance and building their confidence, teaching them they could reach for the stars no matter your childhood circumstance. One even went to join the United States Marines!

My father's life experiences, the Missionary of Charity Sisters, and God have been the backbone for my father wanting to help others and make a difference in peoples` lives. Seeing all the tribulations my father has overcome growing up, it has truly been the drive for me growing up. It allowed me to feel proud of the obstacles my dad conquered and that I, too, can tackle any obstacles that come my way especially knowing I have God and my dad by my side.

To be without my dad is like a heartbeat with no pulse. My father plays a tremendous role not only in my life but others around me. There is not one day that goes by I don't call my dad for help or advice, rather it be for me or a friend. Due to my father's character and life experiences, he has become a positive influence and sign of hope to those less fortunate and in need. To be without Mac, my father, would be devastating not only to me but everyone else who relies on him. Thank you, your honor, for taking the time to read my letter and allowing me to express the positive impact my father has on me and others.

Sincerely,
Nicole McNamara
773-474-1616

Honorable Judge Amy Berman Jackson
United States District Court
District of Columbia
333 Constitution Avenue, N. W.,
Washington D.C. 20001


Dear Your Honor,

I am a retired Chicago Public School teacher and administrator. All my 40-year professional career have been spent working with high school students in areas of Chicago that would be described as racially isolated or disadvantaged.

I have known James McNamara since he was a child. I am married to his older sister, Joyce.  We lived 1 block away from each other on the South Side of Chicago when I met him.

Mac's dad was murdered when he was 2 years of age. His mother effectively raised him and his 5 siblings alone.  The family was quite poor, living off a meagre Social Security allowance and little else. She lived a transient lifestyle after her husband's death, moving the family so often that I believe only the 2 older children finished high school. Mac has always struggled with literacy.

While his 4 older sisters benefited from the role modelling their mother did for them, Mac, and his younger brother Mike (dead at the age of 19) suffered from the lack of a father figure. They were sometimes negatively influenced by their peers and some unsavory adults.

I know Mac to have become a person who despite these economic and familial disadvantages, was able to rise above them and mature into a man who took responsibility for those around him. He started a successful small business despite his academic shortcomings.

My wife and I had the honor of working with Mother Teresa's Missionaries of Charity when we were younger, and we introduced Mac to them in the late 1980's. Since he has grown up Mac has become a generous, dependable, and hardworking aid for them in Chicago and in several of their missions around the states. He is known as an asset to his immediate community as well, volunteering his skills and time.

He and Dawn have managed to raise 3 responsible, hardworking young adult children in a difficult, gang influenced, environment.

I don't pretend to know the Law and what it requires of your Honor in the matter before you.  I do know James McNamara and believe he will continue to be a great contributor to his community if he given the opportunity. His presence and ongoing contributions to neighbors and the Missionaries of Charity would be sorely missed.


Respectfully,


James R. Coughlin
7235 South Central
Burr Ridge, IL 60527
630 450 0020

Honorable Judge Amy Berman Jackson
Unites States District Court
District of Columbia
333 Constitution Ave N.W,
Washington, DC. 20001                                    June 7, 2023

Dear Your Honor;

   I am writing on behalf of my brother James McNamara "MAC" as his older sister in a family of 6, full time RN, Volunteer Religious Education Teacher/Director, Mother of 4 and Grandmother of 3. I would like to speak to MACS family of origin and how he overcame incredible obstacles and circumstances in his life shaping his character into a servant to the poor, to his family & to the community.

   At age 2, MAC and his 5 siblings (10, 8, 5, 3, 2, 6mo) witnessed the horrific murder of his father, age 32, at the hand of his mentally ill maternal uncle, Dad died instantly of a fatal head gunshot wound. MAC lost his father, hero, bread winner, school, church, neighborhood, community, home, becoming homeless. Our mother, age 30, was never the same mentally after the death of Dad. MAC's life was forever changed.

   MAC's childhood was marked by homelessness, instability, hunger, lack of medical care, dental care, eye care, food, basic of necessities, love and care. For 2-3 years after Dad's death, we were separated and homeless, shifted from home to home, sleeping in basements and attics, taken to Moose Heart orphanage and taken out. During the most important years of MAC life for physical, emotional, psycho-social development, his life was impacted with multiple adverse childhood experiences that were in place for his entire childhood.

   Once in school, MAC had many challenges in leaning, problems with his vision, no glasses, clothing, care or school supplies. The best meal we had daily was the free lunch we received at school. From the age of 5 to when he dropped out of high school, MAC moved more than 10 times and attended multiple grammar schools and high schools disrupting his access to education. MAC'S childhood was marked by loss after loss after loss, disruption, deprivation, instability, abandonment, and foreclosed opportunities due to the instability of the home and loss of his father. Additionally, MAC lost his best friend and little brother Michael in a fatal motorcycle accident at age 20.

   In spite of all these obstacles, MAC found training in heavy equipment operation as a teenager, roofing as a young man and then learned to be a plumber to support his family for many years now. MAC married Dawn and had 3 beautiful children with her and one daughter prior to the marriage. MAC and Dawn have been married for 25+ years and have raised successful and accomplished children all who have followed in MAC'S footsteps of service to the poor.

   I believe MAC' childhood experiences of overcoming incredible challenges gave him a heart for others and to be for others, especially those in need, at the soup kitchen, shelters, and convents of the Mother Teresa Sisters with his carpentry, plumbing, equipment issues in building and maintaining facilities but also serving the poor in the soup kitchen, proving physical and monetary assistance, items and supplies for the homeless shelters they run and the children's programs. He has been serving in this capacity for over 30 years, helping with any need the Sisters have at the soup kitchen and women's/children shelter. He truly does live the acts of mercy by feeding the hungry, clothing the naked, sheltering the homeless, sharing his faith with others and giving selflessly of all that the has. He has given endlessly of his time, talent and treasure to those in need. He is also the go to guy in the family having a very generous heart to help.

   MAC has also adopted a bi-racial family with 4 children that were in need of housing, clothing, support to transition from the Sisters to establish a home, school etc.. He took Marie and her children under his wing by providing clothing, food, school supplies, etc.. anything they need, he provides. In May

2023 two of the children made First Holy Communion having been bought to the Catholic faith by MAC. He is a good man.

I will close by thanking you for reading this letter. It is said at the end of our lives, when we meet the Lord of justice and mercy, we will all be begging for his Mercy and NOT His justice. I beg the same from Your Honor, Mercy in sentencing my brother.

Respectfully,

Joyce McNamara Coughlin
7235 Central
Burr Ridge, IL 60527
630-870-9750
joycemcnamararn@gmail.com

Honorable Judge Amy Bergman Jackson
United States District Court
District of Columbia
333 Constitution Avenue, N.W.,
Washington D.C. 20001

June 17th, 2023

Dear Your Honor,

My name is Steven Zadel and I am a practicing optometrist in Chicago Illinois for over 20 years. I first met James "Mac" McNamara during a time of great need in January 2016 when unfortunately the furnace went out in our condo while out of town on vacation and we had multiple frozen pipes. Once the heat was back on, the problems started with lots of water damage in our unit. A quick Google search lead me to Fast Plumbing 24/7 and Mac picked up the phone late in the evening and said he would be happy to come to see what he could do. After many hours that evening and through subsequent days of repair, Mac put everything back in working order. Over those days we had conversations about our lives and careers. He shared with me his and his wife Dawn's relationship with the church and the sisters of the Missionaries of Charity and the wonderful work they do on the south side of Chicago providing for those in need. Sometime later he reached out and inquired if I could provide eye exams for some of the sisters, and he would cover the cost. I was more than happy to. It was such a fantastic experience helping those who are dedicated to helping others. I spoke with my business partner and we decided to do the ocular health evaluation and made eyeglasses for those in need at no charge, following Mac's lead of helping others. During my time spent with the sisters they spoke very highly of Mac working with the children in the community, helping at the soup kitchen, and sharing stories about how he has saved the day when plumbing and other problems arise there. Our office is blessed multiple times a year with visits from new sisters that have travelled into Chicago, they bring a smile to everyone's face they interact with and inspire wellness.
Mac is always available to help solve other problems, or to walk you through the fix with the tools you'll need and instills confidence in your own skills to tackle a job on your own. He is a kind, caring, and sharing individual and I truly believe that the friendship that we have developed has made me a better man, urging me to help those in need in my community. He'll share holiday church photos of the sisters and children during Thanksgiving and Christmas, the young children playing football during Thanksgiving break is always heart warming.
Mac is honest, generous, highly motivated, and a wonderful mentor with an amazing positive attitude that has the ability to bring out the goodness in everyone he interacts with. He instills the "pay it forward" adage; when someone does something for you, instead of paying that person back directly, you pass it on to another person instead.

Sincerely,

Steven Zadel, OD
1447 W. Fry St. #1
Chicago, IL 60642
312-446-9155

May 19, 2023

**Honorable Judge Amy Berman Jackson**
**United States District Court, District of Columbia**
**333 Constitution Avenue, N.W.**
**Washington, D.C. 20003**

Dear Your Honor,

My name is Loretta Grigler, neighbor of eighteen years living next door to Mr. James 'Mac' McNamara.  Although it should not matter, I would like to tell you I am an African/Indigenous American, single mother of one son who is now in his thirties and who served honorably in the United States Military.

Henceforth, I will refer to Mr. McNamara as 'Mac'.  At or about the age of sixteen, my son became unruly and behaving poorly with a terrible sense of entitlement.  Mac, without prompting had a talk with him and offered to have him tag along on his job sites.  Mac took my only child under his wing.  He mentored him, teaching him how to get focused, have self-discipline and to hold himself at a higher level as a young man; manliness.

As a direct result of working alongside of Mac, I noticed a shift in my son's behavior.  All these years later, my son still holds Mac in the highest regards.  Mac stepped up when my son's own father did not, given the fact, he did not have to.  My son was spoiled and super obnoxious but when he went through adolescence and not having his own father around, Mac's influence saved a young man from becoming another statistic.  I could have easily lost my son to the streets had he 'not' had Mac.  I will forever be appreciative and blessing him for his act of compassion and kindness towards a boy of color.

I believe my son joined the Military because of the positive influence Mac had on him.  I consider myself fortunate to know this man.  I have been witness to him taking other troubled kids in the neighborhood over the years, under his wing as well.  Always expecting the best out of them and leading by a worthy example.

I once had my furnace go out in the middle of a snow storm with temps below zero.  It was a Sunday night after 8:00 and no one was taking my calls.  In a panic, I called Mac asking if he would just come take a look at it.  Mac came right over and after a couple of hours tinkering with it, he fixed it, then refused to take any money, which I gladly offered.

I've lived here alone for many years now and feel safe knowing Mac is next door.  He has behaved in ways I could only hope all people would behave in.  And, he always shovels the snow in front of my house when he does his own.  I respect him and believe he is what we would all want in a neighbor, someone who is innately a genuinely good human person.  Thank you Your Honor for hearing me.

Sincerely,

Loretta Grigler / 312-998-7111

June 28, 2023

Honorable Judge Amy Berman Jackson,
United States District Court, District of Columbia
333 Constitution Ave, N.W,
 Washington DC.

Dear Your Honor;

I want to share with you what a good man Mr. MAC/James McNamara  has been to my family and what I witness at the Sisters. I met Mr. MAC in 2019 after becoming homeless with 3 children and a pregnancy. I left an abusive husband and found shelter moving into the Missionary of Charity Women's Shelter on the South Side of Chicago, IL.  That is where I met Mr. MAC.

Mr. MAC was often at the MC Sisters / Mother Teresa Sisters helping them and volunteering for them with repairs, plumbing, transportation, heavy lifting, improvement projects, taking them to get bulk food items at local grocers and so much more. Any help they need, he is there for them, day or night, always. Mr. MAC "adopted" my family, providing friendship, money, help with my auto, helped moving us into an apartment, bought a swim pool for the backyard in the summer, groceries, food and clothing for the children. In the winter he took all the children and got them new jackets, boots, gloves, hat. He pays for everything.

Since I am a single mother of 4, he often offers me help to take the boys, (older children) out and more .I do not have my family but my children always have good times with his families. . My children really love him.
Mr. MAC has been a positive role model for the 3 boys, now ages 10, 8, 6, taking them out on Sundays or during the week to engage in various recreational activities, outings, and fun things that boys like to do. My sons enjoy the time they have with Mr. MAC.

Mr MAC has made us part of his family too. He always invites us to family celebrations, parties, get togethers, BBQ;s and are treated just like he treats his own family. It makes us feel like we do belong to a family as all of my family are in Japan and we always have a good time with his families.
My children and I received Baptism in 2020 and Mr. MAC & his family (Kelly, Jimmy) became God parents to the children. As the boys got older, with Mr. MAC help they learned their religion at St. James and this past May made their First Confession & First Holy Communion. It was a great celebration for all of us and we had party at MAC family.

Mr. MAC has been helping and caring for us for years. I do not know anyone that can take his place as the children love him and he always helps us. I do not have any other help or family nor do the children.

Thank you

Maria Payne
2601 W Evergreen Ave
Unit 0B
Chicago, IL 60622
marimogura.h@gmail.com
773-869-2618

Honorable Judge Amy Berman Jackson                                    June, 22 2023

United States District Court, District of Columbia

333 Constitution Ave, N.W.

Washington, D.C. 20003

Dear Your Honor,

My name is Pete Tomaselli.  I am a Chicagoan, born and raised on the north side of Chicago, and live blocks from where I grew up and attended Catholic grammar school.  I met Mac and his family at the Novena of Saint Ann, at our Lady of Fatima Catholic Church on Chicago's south side in July of 2014.  Mac had been attending the Novena (a series of masses/services held for 9 consecutive days) since his childhood.  My wife and I were first timers.  We must have looked like rookies there at 38th St. and California Ave.  Mac and his wife Dawn greeted us after mass the first evening and treated us as longtime friends rather than the strangers we were.  That meeting sparked a friendship which continues to this day.  Mac welcomed me to actively participate in the Eucharistic Procession through the streets surrounding OLF the very next day, quite an honor for a north side Italian among the south side Irish of the Brighton Park neighborhood.  Mac is always welcoming like that.

Mac also introduced us to the Missionaries of Charity, aka "the sisters," and we have prayed with and for each other ever since. He makes it look easy to be a man of character, service and faith.  He invited my son and I to restore a fence that borders the sister's home.  Mac is a man for others and is available to help anyone at a moment's notice.  He came to my aid when emergency plumbing issues would have crippled my business had he not been there to resolve things.  More than sharing his talents as a tradesman, Mac is an example of a father and husband that I believe should be praised.  He and his wife have raised 3 adult children of impeccable character, work-ethic, and faith.  They are charitable, honorable, and respectful, and I believe that to be the case because of the influence of Mac and Dawn.

Mac is a leader in his family and community whose absence would be palpable.  To go to the Novena without Mac being there would be like attending a family reunion without the patriarch.  Mac has raised and trained his son to manage the family plumbing business, and tirelessly helped his two daughters to establish their own pet grooming business.  He offers employment opportunities to young adults in his sphere of influence, teaching them responsibility, commitment and the dignity of work, much needed virtues today.

I will end this with a remembrance of my father's funeral in December of 2020. Mac came with "the sisters," and provided the prayerful support only a true man of God could.  I believe Mac is a fine man. Our communities and families could use more like him.  I will continue to pray for him and his family. Thank you for your time.

Pete Tomaselli

312-613-1550

James Koziel

3556 S. Paulina

Chicago IL. 60609

773 4157193

Honorable Judge Amy Berman Jackson
United States District Court
District of Columbia
333 Constitution Avenue, N.W. .,
Washington D.C. 20001

Dear Your Honor:

   I have known Jim McNamara over 20 years.  For over 35 years I was a Youth Minister at Our Lady of Good Counsel Church on the south side of Chicago and first came to know his junior high kids who were active in our youth program at the church.  Sometimes it was difficult to get parents involved in our program but from the start Jim was there, first to observe and very soon after began helping out in whatever way asked of him.  He also became very involved helping in our parish during the year and especially at our major church events, using his skills in general construction work.

   We had a rather large hall for our Teen Youth Center and of course things always needed to be fixed at our place with all the kids there.  A favorite greeting he had for me when I saw him would be "What you need Kozy" (my nick name).  He became my "Go to Guy" whenever I needed something built or fixed.  Even after a 10-12 hour day at his plumbing job, he'd show up to fix whatever was needed.

   I remember one time years back,  I asked him why, even after his kids had gotten older and left the program why he kept helping.  He said from his wild past as a young adult. He was trying to climb that ladder,  rung by rung back to God.  I joked with him many times how far up a certain job would take him on the ladder or on a more serious note how we all do slip down that ladder by our actions.
Even today if the church called or myself, he would be there.

   Thank You for your attention.


Sincerely,

Jim Koziel

June 15, 2023

Honorable Judge Amy Berman Jackson
United States Circuit Court, District of Columbia
Washington, DC 20003

Dear Your Honor,

My name is Skye Ramirez and I've known James McNamara for 10 years. I've always referred to him as Mr.Mac because he is the Dad of my 2 best friends, Nicole and Kelly. I grew up in Chicago and met Nicole and Kelly when I was 18 years old, we were inseparable, and it wasn't long before I met their parents. They were so welcoming; I can see the love between them all and I was graciously welcomed in then later my children were welcomed in just the same. Now a decade later nothing has changed and I'm grateful to say Mr. Mac has been a
father figure to me, and he has truly helped shape me as a mother, a daughter, a friend, and in my spiritual faith.

Growing up around poverty and violence, Mr. Mac always made sure I was safe. When he seen I had to take public transportation everywhere as a new mother with my baby, he gave me his own car. He told me he was proud of the great mother I was and the hard work I was putting in as a student and full-time employee, it felt amazing to have a new car and to be recognized. He always made sure I up kept my car but when it became too old to fix, he helped me without hesitation to buy a new one. I have that car to this day. His kindness and recognition have always resonated in my heart.

Everyone knows Mr. Mac as a hard-working person. He was always working when anyone asked, and he always had a job available for neighborhood friends. He really wanted everyone he met to walk away in a better position than they were before. When he knew I was in an unhappy, unfair work environment, he helped me find a job with better pay and schedule. Once I switched jobs, I was able to spend more time with my kids, spend more time furthering my education, and I was able to afford a bigger apartment for me and my kids. Mr. Mac has helped me change the entire trajectory of my life.

I've been to countless outings, gatherings, holidays, special occasions, trips, days religious obligations, you name it, with the Mac family. I learned of Mr. Macs deep faith when I was invited to Novena. Over the course of the 9-day of prayer, Mr. Mac shared many beautiful memories of his childhood and his mother, who set the tradition of attending Novena and whom he loved very deeply much. Attending over the past couple of years I've experienced miracles of my own and have felt a stronger relationship and understanding of God.

There is so much good to say about Mr. Mac, its difficult to cram it into one page because I can truly go on. But I hope my words and reflections of Mr. Macs generosity and thoughtfulness can help shed some light on his true self, what's in his heart and how he's made a serious impact on the people around him. He is a great companion, a strong individual, a positive role model, he guides his entire family, including myself, he's understanding and genuinely caring. He's known me for so long and has been by my side when I've made mistakes and needed direction. He never held my faults over my head, just reminded me of the lesson's life was teaching me. His absence would create great detriment for many people of the community, and especially his family. It is an honor to write this letter in support of Mr. Mac so that he may be looked on with favor and with the same compassion he's given others. Thank you for accepting and taking time to read my letter.

Sincerely,

Skye Ramirez
773-707-0555
skye_ramirez@yahoo.com

June 12, 2023
Honorable Judge Amy Berman Jackson,
United States District Court, District of Columbia
333 Constitution Ave, N.W,
Washington DC.

Dear Your Honor,

Firstly, please allow me to introduce myself. My name is Fr. Tom Griffin. I am now a semi-retired Augustinian (monk with a vow of poverty) priest, presently assigned, part time, to the Diocese of Las Vegas. I am writing on behalf of James McNamara "MAC" whom I have known for many years as a parishioner and friend and for his many contributions to the church and others. I met MAC during my time as a pastor at St Gabriel's, in Chicago, with his family frequenting family events, weekly mass, fundraisers and festivals.

Aside from MAC`S proud faithfulness to God he also stands proud of his family. MAC and his wife Dawn make sure to include the entire family when going to church, including their own children, MAC`S siblings, nieces and nephews. I know their young adult children to be virtuous, educated, professionally successful, and faithful. They imitate the spirit of service handed down from their father. MAC's son Jimmy attended St. Gabe's and was recognized for being an exemplary student and outstanding athlete. MAC was and still is an involved father and during his son's time at St. Gabriel's, he assisted with coaching the Football team, fundraising, and providing material and transportation assistance to the team. MAC has role modeled hard work and commitment to his three children. He and his wife have raised a family to be proud of.

During my Pastorate, multiple things would go wrong with electric, plumbing and carpentry needs in the church, school, and the rectory, MAC was always available and willing to be onsite on short notice to repair, fix, update, and assist with whatever was needed. He'd NEVER ask for any compensation for his time or labor even though he had a large family to support. MAC`S work was also impeccable. There was a big capital project to de-commission the old, dilapidated library with little money to do so. The children in the school relied on this resource heavily (before the time of internet). Once MAC heard of the need, MAC totally rebuilt the library. This alone was a monumental sacrifice of time and money on his behalf. But wait, his generous spirit of volunteerism gets even better! While doing work for St. Gabe's, Mac would only charge for parts, but no labor! Same with his son, now an adult, who would help a lot.

In addition to his help at St. Gabriel's, MAC made himself readily available when the now saint, Mother Theresa of Calcutta, had her religious order (the sisters of Charity) eventually open 3 convents in Chicago, as well as a variety of other cities throughout the U.S. He got enamored with them and their work for the poorest of the poor and started spending a lot of his time working for them. He made countless repairs and provided maintenance at their old buildings in the worst neighborhoods, and charged nothing, not even for parts! He not only always did the work for free but paid for all parts out of his own pocket! Now that he is mostly retired, he still helps them in Chicago and has been loaned by them to other convents in Appalachia, Kentucky, Denver and Portland. He drives there on his own and works for them for free as well.

Another time I can account for MAC`S compassion is when he learned of two fatherless pre-teen boys, Anthony and Christopher, coming from addicted homes that needed a mentor and family assistance. MAC took these boys under his wing as a positive role model, taught them about Our Lord, brought them to Mass on Sundays and protected them from being inducted into gang activity in the gang infested neighborhood in which they lived. He remained a mentor, friend, and father figure to Anthony until he was killed at age 18 and with Chris, 19, who successfully held down a job at UPS. Additionally, Mac had them join our football program in which he fully funded.

Jimmy Mac is a very old fashioned, traditional Catholic and a very old fashioned, traditional American. I can't be certain of the type of stress that will come from his absence. But I know the joy and resolution his presence has and still does bring. He truly loves volunteering and does so much good, as he did for my parish before I retired from full-time ministry. Finally, I feel great having had the opportunity to write on his behalf. He is a great soul. If you have any questions or additional comments, my contact info is at the bottom of this letter. Thank you.

Fraternally,

*Fr. Tom*

Rev. Thomas Griffin, O.S.A.
LCDR/CHC/USNR
773-307-4719
tomgrif@sbcglobal.net



+LDM
MISSIONARIES
OF CHARITY

September 26, 2022

"As long as you did it to one of these My least brethren, you did it to Me."

Missionaries of Charity
Contemplative
1629 S. Allport St.
Chicago, IL  60608
312-226-6769

To Whom It May Concern:

My name is Sr. M. Bethel, MC.  I am the current local superior of the Missionaries of Charity Contemplative convent located on the grounds of St. Procopius/Providence of God Catholic Church in the neighborhood of Pilsen near downtown Chicago.  I would like to share with you about **Mr. James McNamara** - a devoted benefactor to our community since its foundation in 1986.  As a community dedicated to serving the poorest of poor throughout the world, our foundress St. Teresa of Calcutta was inspired to rely totally on Divine Providence, not accepting any payment or guaranteed income. We also usually live in convents that need major repairs before we are able to begin living in them, and these same convents often need various degrees of regular repair work in order to maintain them.  Therefore, benefactors who give of their resources to support us are real treasures!

Mr. McNamara is one such "treasure", outstanding in offering his time, skills and financial resources to our community.  It is not possible to list all the work he has done to repair and maintain  our convent here on Allport Street over the past decades.  However, more recent repairs include: complete remodeling of our kitchen; purchase and installation of a new wooden fence surrounding our garden; extensive plumbing work to remodel our bathing rooms and toilets; installation of a new boiler.  In addition, Mr. McNamara connects us with his trusted colleagues if there are projects needing special expertise. Not to mention the groceries he buys for us in bulk to make sure the pantry is always well-stocked for our community and the poor who at times knock on our door in need of a sandwich or a cup of coffee.

Mr. McNamara is a true friend of our community.  We have known him as a man of character, strong faith, joy and a heart ever-ready to help those in need.  His wife and children are part of our community, too! His service is genuine, done with care, not seeking  a reward or fanfare. We are truly grateful to God for the gift of Mr. McNamara to us. We hope this letter will in some way serve him in return for all his generosity!

May the Lord bless you and your families as well.

Your sister in Christ,

Sr. M. Bethel, mc
Sr. M. Bethel, MC
Local Superior

Registered Charity S 3509 of 1958 - 1959



**+LDM**
**MISSIONARIES OF CHARITY**

Tel: 606.832.4824

"As long as you did it to one of these My least brethren, you did it to Me."

June 24, 2023

Honorable Judge Amy Berman Jackson
US District Court
District of Columbia
333 Constitution Ave NW
Washington D.C. 20001

Dear Your Honor,

Peace!

My name is Sr.M. Celine Rose, MC and I am the Local Superior of the Missionaries of Charity convent in Jenkins, Kentucky. Our Order is founded by St. Mother Teresa of Calcutta in India in 1950.

I am writing this letter to tell you about Mr.Mac (James McNamara) whom I have known since 2016 when I was a Formator in Chicago. We had a major plumbing issues and all the sisters prayed for someone to help us. Through our contemplative sisters we got hold of Mr. Mac and he immediately came to the rescue. Despite all the dirty work he had to do, he was so vibrant with joy and full of life that made us praise God all the more for His gift. Mr. Mac never charged us for all the work he did for us.

Whenever Mr. Mac came to Jenkins, he always had some projects to work on. He was recently here with his sisters for vacation but when our Pastor told him about his problem with the rectory's old bathroom, he right away began to fix it and spent 10 days of his vacation renovating an old bathroom.

Mac has a generous and compassionate heart for our Poor and those who are struggling. He not only gave them jobs but also talked to them encouraging them to trust in the Lord and never give up. During his last visit, he was a good father figure to a young man whose father was killed 10 years ago. Thanks to Mr. Mac he is now opening his heart to restore his relationship with God after his traumatic experience.

Mr. Mac is always there for us like our own big brother. He loves to pray with us and he never waivers to share his faith with others. He is ever ready to do hard and humble works without complain.

He is truly a blessing to us and our Poor. We are grateful to God for giving him to us to rescue us in our time of need.

We pray for God's will to be done at all times and in all things and we assure you of our prayers. God bless you.

Sincerely in Jesus,

*Sr. M. Celine Rose, MC*
SR.M.CELINE ROSE, MC

Registered Charity S 3509 of 1958 - 1959



+LDM
**MISSIONARIES**
**OF CHARITY**

"As long as you did it to one of these My least brethren, you did it to Me."

Missionaries of Charity,
2325 West 24th Place,
Chicago, IL 60608.

September 26th, 2022.

<u>TO WHOM IT MAY CONCERN</u>

Dear Sir/Madam,

I, the undersigned, Sister M. Salvinette M.C., Superior of the Missionaries of Charity in Chicago, IL, at the above captioned address am writing to you on behalf of all our sisters about

**James McNamara**

who has been a great benefactor of this mission since 2014.

We are the sisters of Saint Mother Teresa of Calcutta, Catholic sisters who, as well as the vows of Chastity, Poverty and Obedience, profess a fourth vow of wholehearted and free service to the poorest of the poor. We do not accept any payment for our services, nor do we accept any guaranteed form of income such as government or Church grants. We depend entirely on Divine Providence for our needs and the needs of the poorest of the poor we are privileged to serve. Here in Chicago we have a soup kitchen where we serve between 70 and 120 people every day except Thursdays. We also have a small home for up to seven elderly ladies, we teach catechism, visit very poor families and have food distributions for them as well.

Mr. McNamara has been a Godsend to us in so many ways. He completely redid our convent basement which had sometimes been awash with water from the sewer. He put new showers upstairs for our elderly ladies and sees to all our major repairs and regular maintenance. He has also bought freezers and fridges and other big appliances for us. He personally comes with us every month to buy the food and cleaning supplies we need. He shovels snow for us in the winter and buys plants, including beautiful roses for our garden. In fact, it is hard to think of ways in which Mr. McNamara does not help us and the

*St. Bruno & St. Richard Church*
*5030 S. Kostner Avenue*
*Chicago Il. 60632*
*(773)585-1227*

May 16, 2023

Honorable Jude Amy Berman Jackson
U.S. District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Dear Your Honor:

    My name is Deacon Lawrence Chyba. I have been serving as a Catholic deacon for the Archdiocese of Chicago for the past twenty-three years. Currently I minister at St Bruno & St. Richard Parish on the southwest side of Chicago minutes from Midway Airport. I met James McNamara, who I call Jimmy Mac, more than fifteen years ago when his home parish of Our Lady of Good Counsel was running a carnival. Jimmy was building food booths at the time for the event. By trade, I am a licensed electrician, and one of his fellow parishioners asked me for help with supplying power for the booths. That's when Jimmy and I became partners in the "God Squad". His talents for plumbing and carpentry are legendary when it comes to helping non-for profits & charitable organizations whose budgets are strained even negative but their clients needing help are unending. Jimmy recognized that and was there with tools in hand volunteering. He never expected payment for materials or his labor either. Writing this letter in his behalf is the only time that he will receive credit for all he does for the poor people in the Chicagoland area. He only extended a helping hand to those who were and are in need. The way I see it, James was the happiest when he would finish a project for free and God would give him another one to do. If he wasn't using his tools, he was on the phone soliciting donations of food and clothing for those organizations as well. And if the well was dry, he would go out and purchase them himself, never expecting anything in return. In my estimation, James MacNamara proves the saying, "You only take with you to heaven when you leave this planet called Earth, is everything you gave away." Lastly, I ask God to provide you the wisdom in imparting a fair sentence to my friend, James McNamara. Thank you for listening to me.

Yours in Christ,

Deacon Lawrence Chyba

deaconchyba@aol.com

*St. Bruno & St. Richard Church*
*5030 S. Kostner Avenue*
*Chicago Il. 60632*
*(773)585-1221*

May 16, 2023

Honorable Jude Amy Berman Jackson
U.S. District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Dear Your Honor:

My name is Deacon Lawrence Chyba. I have been serving as a Catholic deacon for the Archdiocese of Chicago for the past twenty-three years. Currently I minister at St Bruno & St. Richard Parish on the southwest side of Chicago minutes from Midway Airport. I met James McNamara, who I call Jimmy Mac, more than fifteen years ago when his home parish of Our Lady of Good Counsel was running a carnival. Jimmy was building food booths at the time for the event. By trade, I am a licensed electrician, and one of his fellow parishioners asked me for help with supplying power for the booths. That's when Jimmy and I became partners in the "God Squad". His talents for plumbing and carpentry are legendary when it comes to helping non-for profits & charitable organizations whose budgets are strained even negative but their clients needing help are unending. Jimmy recognized that and was there with tools in hand volunteering. He never expected payment for materials or his labor either. Writing this letter in his behalf is the only time that he will receive credit for all he does for the poor people in the Chicagoland area. He only extended a helping hand to those who were and are in need. The way I see it, James was the happiest when he would finish a project for free and God would give him another one to do. If he wasn't using his tools, he was on the phone soliciting donations of food and clothing for those organizations as well. And if the well was dry, he would go out and purchase them himself, never expecting anything in return. In my estimation, James MacNamara proves the saying, "You only take with you to heaven when you leave this planet called Earth, is everything you gave away." Lastly, I ask God to provide you the wisdom in imparting a fair sentence to my friend, James McNamara. Thank you for listening to me.

Yours in Christ,

Deacon Lawrence Chyba

deaconchyba@aol.com



Noreen P. Duggan LMC
Missionaries of Charity
2325 West 24th Place
Chicago, Illinois.  60608

September 25, 2022

To Whom It May Concern:

As an introduction, I am a perpetually vowed member of the Third Order of the
Missionaries of Charity.  I have been the House Mother of the Missionaries of
Charity Maternity Home for almost fifteen years.  It is in this capacity I met Mr.
McNamara.

The Missionaries of Charity (MC) provide food and shelter for homeless pregnant
women, as well as,  a limited number of long term homeless elderly.

Mr. McNamara has generously donated his time and expertise in major projects
and renovations of our facilities.  He has also expended a great deal of his
personal financial resources to aid the various apostolates of the MCs.  This has
had a significant impact over the years.  But what is most impressive, in my
opinion, is the Mr. McNamara has made himself available immediately to the
Sisters.  He has only ever been a phone call away, despite having the
responsibilities of a successful business – he somehow manages to make us the
priority.

As notable as his skill and monetary assistance, I would like to briefly detail his
direct involvement with a family that will provide insight into the depth of
compassion and commitment of this man.  A family was referred to the shelter as
the immigrant mother was abused over four years ago – the family included the
pregnant mother and three sons under the age of 5 years. Over time Mr.
MacNamara and his family became godparents to the entire family.  He has

assisted in obtaining ongoing rental assistance, enrolled the children in Martial Arts classes which he pays for and on a regular basis takes the boys out for 'adventures'.   The role of godfather is primarily a religious act to ensure children are nurtured in the faith.  As with everything Mr. MacNamara is involved in,  his efforts are total and well beyond expectations.

In closing, I wish I could present all of the examples of the commitment of this dedicated and generous man over his many years of service.  I hope I have been able in a small way been able to illustrate the esteem and affection that the Missionaries of Charity hold Mr. MacNamara.  If there are any questions or if you require further details, please feel free to contact me directly.

Very truly yours,

Noreen P. Duggan LMC
Housemother
Missionaries of Charity
773-318-0265
773-847-8771

Honorable Judge Amy Berman Jackson                                         June, 22 2023

United States District Court, District of Columbia

333 Constitution Ave, N.W.

Washington, D.C. 20003

Dear Your Honor,

My name is Pete Tomaselli.  I am a Chicagoan, born and raised on the north side of Chicago, and live blocks from where I grew up and attended Catholic grammar school.  I met Mac and his family at the Novena of Saint Ann, at our Lady of Fatima Catholic Church on Chicago's south side in July of 2014.  Mac had been attending the Novena (a series of masses/services held for 9 consecutive days) since his childhood.  My wife and I were first timers.  We must have looked like rookies there at 38th St. and California Ave.  Mac and his wife Dawn greeted us after mass the first evening and treated us as longtime friends rather than the strangers we were.  That meeting sparked a friendship which continues to this day.  Mac welcomed me to actively participate in the Eucharistic Procession through the streets surrounding OLF the very next day, quite an honor for a north side Italian among the south side Irish of the Brighton Park neighborhood.  Mac is always welcoming like that.

Mac also introduced us to the Missionaries of Charity, aka "the sisters," and we have prayed with and for each other ever since. He makes it look easy to be a man of character, service and faith.  He invited my son and I to restore a fence that borders the sister's home.  Mac is a man for others and is available to help anyone at a moment's notice.  He came to my aid when emergency plumbing issues would have crippled my business had he not been there to resolve things.  More than sharing his talents as a tradesman, Mac is an example of a father and husband that I believe should be praised.  He and his wife have raised 3 adult children of impeccable character, work-ethic, and faith.  They are charitable, honorable, and respectful, and I believe that to be the case because of the influence of Mac and Dawn.

Mac is a leader in his family and community whose absence would be palpable.  To go to the Novena without Mac being there would be like attending a family reunion without the patriarch.  Mac has raised and trained his son to manage the family plumbing business, and tirelessly helped his two daughters to establish their own pet grooming business.  He offers employment opportunities to young adults in his sphere of influence, teaching them responsibility, commitment and the dignity of work, much needed virtues today.

I will end this with a remembrance of my father's funeral in December of 2020. Mac came with "the sisters," and provided the prayerful support only a true man of God could.  I believe Mac is a fine man.  Our communities and families could use more like him.  I will continue to pray for him and his family.  Thank you for your time.

Pete Tomaselli

312-613-1550



**MISSIONARIES OF CHARITY**

"As long as you did it to one of these My least brother. You did it to Me."

MISSIONARIES OF CHARITY
44COVE RD. P.O.B 883,
JENKINS, KY.41537

Honorouble JudgeAmy Berman Jackson
U.S. District Court,
DIstrict of Columbia,
333 Constitution Ave, N.W.,
Washington D.C. 20001

Dear Your Honor,
          PRAISED BE JESUS CHRIST !
I,Sr.Mary Savita M.C. has been stationed in Jenkins KY.
since June 2022at the Missionaries Of Charity convent
opened by St. Mother Teresa of Calcutta 40 yrs. ago.
          RE. Mr James McNamara:
MR. Mcnamara aresidentof Chicaoohas been known by the
sistersfor many years . He is agood God fearing man
who has put his talents, resourses and wealth in help_
ing our sisters and poor not only in Chicago, but in
many of our houses in the Midwest region .
     I have been in Jenkins since June 2022 and already
he has made two trips here after the floods to help us
and the poor here to repair the damage done by the
floods, all at his own expence.. Mr. McNamara has been
a Godsentto us & our poor in many ways.
     If therefore he has done anything due to human
weakness, please forgive him as we wish Our Heavenly
Father to forgive us .
     May God Bless you .
                              Sincerely in Christ,
                              *Sr. M. Savita M.C*
                              Sr. M. Savita M.C.

Registered Charity S 3509 of 1958 - 1959



MISSIONARIES
OF CHARITY

"As long as you did it to one of these My least brother. You did it to Me."

MISSIONARIES OF CHARITY
44 COVE RD., P.O.B. 883,
JENKINS, KY. 41537.

Honorable Judge Amy Berman Jackson
U.S. District Ct.,
District of Columbia,
333 Constitution Ave., N.W.,
Washington, D,C., 20001

Dear Your Honor,
                My name is Sr. Donald M.C., a member
of the Missionaries of Charity, located on the
Appalachian Mountains in Jenkins KY..

In 2021, Mr.McNamara came to Jenkins to help remodel
our house and basement, did extensive plumbing put
gravel around the the house to prevent the basement
from flooding, etc. He provided the materials and
free labor. He also helped three young men to get jobs
and one he took to Chicago to work in the city so he
could help his poor family.

He is a good and generous man, freely giving to those
in need, without expecting any rewardin return.
I ask you to show him clemency and mercy,

May the Good Lord bless and reward you.
                Sincerely in Christ,

                *Sr.m. Donald MC.*

                ( Sr. Donald M.C. )

Registered Charity S 3509 of 1958 - 1959